IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DENHAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHILDREN'S HOSPITAL OF | : | |
| PHILADELPHIA, et al. | : | NO. 19-794 |

<u>ORDER</u>

AND NOW, this 29th day of January, 2020, after a telephone conference with counsel, it is hereby ORDERED that the motion of the Children's Hospital of Philadelphia for a protective order (Doc. # 19) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.