IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH DENHAM                    :          CIVIL ACTION
                                 :
        v.                       :
                                 :
CHILDREN'S HOSPITAL OF           :
PHILADELPHIA, et al.             :          NO. 19-794

ORDER

AND NOW, this    8th    day of July, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendants the Children's Hospital of Philadelphia, Children's Anesthesiology Associates, and the Trustees of the University of Pennsylvania for summary judgment against plaintiff Joseph Denham (Doc. # 27) is GRANTED in part and DENIED in part;

(2)  Summary judgment is GRANTED in favor of defendant the Trustees of the University of Pennsylvania and against plaintiff Joseph Denham;

(3)  Summary judgment is GRANTED in favor of defendants Children's Hospital of Philadelphia and Children's Anesthesiology Associates and against plaintiff Joseph Denham on plaintiff's claims for punitive damages; and

(4)  The motion of defendants Children's Hospital of Philadelphia and Children's Anesthesiology Associates for summary judgment is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                J.