IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JOSEPH DENHAM** | CIVIL ACTION NO. 19-794 |
| Plaintiff, | |
| v. | |
| **THE CHILDREN'S HOPSITAL OF PENNSYLVANIA;** *ET AL.* | |
| Defendants. | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Colin P. Saltry, Esquire, on behalf of the Plaintiff, Joseph Denham, in the above-captioned matter.

                                              Respectfully submitted,

                                              **CONSOLE MATTIACCI LAW, LLC**

By:    */s/ Colin P. Saltry*
           COLIN P. SALTRY, ESQ.
           1525 Locust Street, 9th Floor
           Philadelphia, PA  19102
           Phone: (215) 545-7676
           saltry@consolelaw.com

           *Attorney for Plaintiff*

Dated: 11/15/2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2021, I caused the foregoing Entry of Appearance to be served, via ECF, to counsel for Defendant below:

>Leslie M. Greenspan, Esquire
>Joe H. Tucker, Jr., Esquire
>Tucker Law Group, LLC
>Ten Penn Center
>1801 Market Street, Suite 2500
>Philadelphia, PA 19103

*Attorneys for Defendant*

**CONSOLE MATTIACCI LAW, LLC**

By: /s/ Colin P. Saltry
COLIN P. SALTRY, ESQ.
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Phone: (215) 545-7676
saltry@consolelaw.com

*Attorney for Plaintiff*