```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JOSEPH DENHAM | CIVIL ACTION |
| v. | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA | NO. 19-794 |

### ORDER

AND NOW, this 7th day of December, 2021, upon agreement of the parties, it is hereby ORDERED that the action against defendant Children's Anesthesiology Associates is DISMISSED without prejudice.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   J.