```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSEPH DENHAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA | : | NO. 19-794 |

## JUDGMENT

AND NOW, this  7th  day of December 2021, based upon the jury's answers to special interrogatories, it is hereby ORDERED that judgment is entered in favor of defendant The Children's Hospital of Philadelphia and against plaintiff Joseph Denham.

                                BY THE COURT:

                                /s/ Harvey Bartle III
                                _____
                                                           J.